UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
            v.                :     Criminal Action No.: 07-0051 (RMU)
                              :
Parthasarthy Sudarshan,       :
 Et al                        :                  **FILED**
            Defendant.        :
                                                  MAY 1 - 2007
              **ORDER**
                                            NANCY MAYER WHITTINGTON, CLERK
                                                 U.S. DISTRICT COURT
It is this 1st day of May 2007,

**ORDERED** that a status hearing in the above-captioned case shall take place on August 6, 2007 at 2:00 pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

